UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ADLIFE MARKETING & COMMUNICATIONS
COMPANY, INC.,

                              Plaintiff,                      Civil Action No.: 3:19-cv-800
                                                                            (LEK/ML)

                -against-                                            AFFIDAVIT OF SERVICE

SWEENEY'S MARKET PLAZA, LLC,

                              Defendant.

---

State of New York)
                     SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 10th day of July, 2019 at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons in a Civil Action, Civil Cover Sheet and Complaint on **SWEENEY'S MARKET PLAZA, LLC** by delivering and leaving with Amy Lesch, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 303 of the Limited Liability Company Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| __ Male | ✗ White | ✗ Light | __ 20-30 | __ 5'-5'5'' | __ 100-150 |
| ✗ Female | __ Black | __ Medium | __ 31-40 | ✗ 5'6''-6' | ✗ 151-200 |
| | __ Other | __ Dark | ✗ 41-50 | __ 6'1''-6'5'' | __ 200-250 |
| | | | __ 51-60 | __ 6'6''+ | __ 250+ |
| | | | __ 61-70 | | |

Sworn to before me this 10th day of
July, 2019

                                                                         Jeffrey Teitel

Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2021