# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Adlife Marketing and Communications Company, Inc.

        vs.        CASE NUMBER: **3:19-CV-800 (LEK/ML)**

Sweeney's Market Plaza, LLC

    I, JOHN M. DOMURAD, CLERK, by Joanne Bleskoski, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 23rd day of October, 2019 against Sweeney's Market Plaza, LLC.

Dated:    October 23, 2019

*Clerk of Court*

        By: s/ Joanne Bleskoski

        Deputy Clerk