UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　- against -<br><br><br>SWEENEY'S MARKET PLAZA, LLC<br><br>　　　　　　　　　　Defendant. | Docket No. 3:19-cv-00800 (LEK-ML)<br><br>**NOTICE OF MOTION** |

   **PLEASE TAKE NOTICE** that, upon this Notice of Motion; the declaration of Richard Liebowitz and exhibits attached thereto, the statement of damages, and the pleadings and prior proceedings herein; Plaintiff Adlife Marketing & Communications Company, Inc. will move the Court, before the Honorable Lawrence E. Kahn (U.S.D.J.) at the United States District Court, 445 Broadway, Room 424, at a time and place determined by the Court (but not less than 14 days from the effective date of service of this motion) for an Order GRANTING Plaintiff's application for default judgment in the amount of $360,000.00 in statutory damages under 17 U.S.C. § 504(c); $2975.00 in attorneys' fees and $440.00 costs under 17 U.S.C. § 505; and for such further relief as this Court deems just and proper.

   **PLEASE TAKE FURTHER NOTICE** that Defendant's opposition papers, if any, must be served within 14 days after personal service of this motion upon Defendant at its last known business address listed below (and if service cannot be effectuated at that address, then 14 days after service is made via New York's Office of Secretary of State).

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

**/richardliebowitz/**
Richard Liebowitz, Esq.
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580

*Counsel for Plaintiff*

TO:

Sweeney's Market Plaza, LLC
6518 State Route 434
Apalachin, New York 13732

*Defendant*