UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SWEENEY'S MARKET PLAZA, LLC, <br><br> Defendant. | Civil Action No.: 3:19-cv-00800-LEK-ML |

**JOINT STIPULATION OF DISMISSAL OF ACTION
WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Adlife Marketing & Communications Company, Inc. and defendant Sweeney's Market Plaza, LLC, upon good faith discussions between counsel for the parties, hereby stipulate that the above-captioned case should be dismissed without prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: March 16, 2020

/s/ Richard P. Liebowitz
Richard P. Liebowitz
rl@liebowitzlawfirm.com
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Telephone: (516) 233-1660

*Counsel for plaintiff Adlife Marketing & Communications Company, Inc.*

Respectfully submitted,

/s/ Kenneth M. Alweis
Kenneth M. Alweis
kalweis@goldbergsegalla.com
Goldberg Segalla LLP
5786 Widewaters Parkway
Syracuse, NY 13214
Telephone: (315) 413-5410

*Counsel for defendant Sweeney's Market Plaza, LLC*